United States District Court
Southern District of Texas
**ENTERED**
January 09, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ROBERTO MARCUS MONTES, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:21-CV-38 |
| | § | |
| UNITED STATES OF AMERICA | § | |

# ORDER

Pending before the Court is Petitioner's motion to reopen the time to appeal the dismissal of his 28 U.S.C. § 2255 claims for habeas relief (Dkt. No. 48). The United States Magistrate Judge has issued a Report and Recommendation (the "Report") (Dkt. No. 49) on Petitioner's motion. The Magistrate Judge recommends denying the motion because Petitioner timely received a copy of the final judgment in this case, thus failing to meet the first requirement for reopening the time to appeal (*id.*). *See* Fed. R. App. P. 4(a)(6) (allowing the district court to reopen the time to file an appeal if, among other conditions, the movant did not receive notice of the entry of the judgment within twenty-one days after it was entered).

No party filed an objection to the Report within the 14-day objection period. *See* Fed. R. Civ. P. 72(b)(2) (providing for the 14-day objection period). The Report was sent to Petitioner at his correctional facility with a certified mail receipt returned as executed on October 18, 2023 (Dkt. No. 54). After the Court learned that Petitioner had been moved to a residential reentry facility prior to the certified mail receipt being signed, the Clerk's Office resent the Report to Petitioner on November 30, 2023,

out of an abundance of caution (Dkt. No. 56). The second mailing was delivered to Petitioner's residential reentry facility on December 5, 2023 (Dkt. Ent. Jan. 9, 2024).

The Court has afforded Petitioner more than a month to object since resending the Report, well beyond the allotted time, and he has failed to do so. The Court thus reviews the Report for clear error. *See* Fed. R. Civ. P. 72(b); *Hack v. Wright*, 396 F.Supp.3d 720, 730 (S.D. Tex. 2019).

Having reviewed the Report and finding no clear error, the Court hereby **ADOPTS** the Report (Dkt. No. 49) **IN WHOLE**. Accordingly, Petitioner's motion to reopen the time to appeal the dismissal of his claims (Dkt. No. 48) is **DENIED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** January 9, 2024.

                                                                        _____
                                                                        Marina Garcia Marmolejo
                                                                        United States District Judge